UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. *02-10013-WGY* |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. §2332a(a)(1) |
| RICHARD COLVIN REID, ) | (Attempted Use of a Weapon of |
| a/k/a ABDUL-RAHEEM, ) | Mass Destruction) |
| a/k/a ABDUL RAHEEM, ABU ) | 18 U.S.C. §2332 |
| IBRAHIM ) | (Attempted Homicide) |
| ) | 49 U.S.C. §§46505(b)(3) and (c) |
| ) | (Placing Explosive Device on |
| ) | Aircraft) |
| ) | 49 U.S.C. §46506(1) and 18 U.S.C. |
| ) | §1113 |
| ) | (Attempted Murder) |
| ) | 49 U.S.C. §46504 |
| ) | (Interference with Flight Crew |
| ) | Members and Attendants) |
| ) | 18 U.S.C. §§32(a)(1) and (7) |
| ) | (Attempted Destruction of |
| ) | Aircraft) |
| ) | 18 U.S.C. §924(c) |
| ) | (Using Destructive Device During |
| ) | and in Relation to a Crime of |
| ) | Violence) |
| ) | 18 U.S.C. §1993(a)(1) & (8) |
| ) | (Attempted Wrecking of Mass |
| ) | Transportation Vehicle |

INDICTMENT

COUNT ONE:     (18 U.S.C. §2332a(a)(1) -- Attempted Use of Weapon
                of Mass Destruction)

The Grand Jury charges that:

        1.   At all times relevant to this count brought under Title

18, United States Code, Chapter 113B--Terrorism, Al-Qaeda was a

designated foreign terrorist organization pursuant to 8 U.S.C.

§1189.

        2.   At various times relevant to this count, Richard Colvin

Reid received training from Al-Qaeda in Afghanistan.

3.    On or about December 22, 2001, at Paris, France, and on board American Airlines Flight 63 en-route from Paris, France to Miami, Florida, but landing at East Boston, Massachusetts, in the District of Massachusetts,

RICHARD COLVIN REID,
a/k/a ABDUL-RAHEEM,
a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did, without lawful authority, attempt to use a weapon of mass destruction, to wit: a destructive device, consisting of an explosive bomb placed in each of his shoes, against one and more than one national of the United States while such nationals were outside of the United States.

All in violation of Title 18, United States Code, Section 2332a(a)(1).

2

COUNT TWO:  (18 U.S.C. §2332 - Attempted Homicide)

The Grand Jury further charges that:

1.    At all times relevant to this count brought under Title 18, United States Code, Chapter 113B--Terrorism, Al-Qaeda was a designated foreign terrorist organization pursuant to 8 U.S.C. §1189.

2.    At various times relevant to this count, Richard Colvin Reid received training from Al-Qaeda in Afghanistan.

3.    On or about December 22, 2001, at Paris, France, and on board American Airlines Flight 63, en-route from Paris, France to Miami, Florida, but landing at East Boston, Massachusetts, in the District of Massachusetts,

RICHARD COLVIN REID,
a/k/a ABDUL-RAHEEM,
a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did, outside the United States, attempt to kill and to commit a killing that is a murder of one and more than one national of the United States, while such nationals were outside the United States.

All in violation of Title 18, United States Code, Section 2332(b)(1).

COUNT THREE:      (49 U.S.C. §§46505(b)(3) and (c) -- Placing
                  Explosive Device on Aircraft)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on

board American Airlines Flight 63 en-route from Paris, France to

Miami, Florida, but landing at East Boston, Massachusetts, in the

District of Massachusetts,

                    RICHARD COLVIN REID,
                     a/k/a ABDUL-RAHEEM,
              a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did knowingly have on and about his person when

on American Airlines Flight 63, an aircraft in and intended for

operation in air transportation, and did place on that aircraft,

explosive devices contained in the footwear he was then wearing;

and did so willfully and without regard for the safety of human

life, and with reckless disregard for the safety of human life.

All in violation of Title 49, United States Code, Sections

46505(b)(3) and (c).

4

COUNT FOUR:       (49 U.S.C. §§46506(1) and 18 U.S.C. §1113 --
                  Attempted Murder)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on board American Airlines Flight 63 en-route from Paris, France to Miami, Florida, but landing at East Boston, Massachusetts, in the District of Massachusetts,

RICHARD COLVIN REID,
a/k/a ABDUL-RAHEEM,
a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did, on an aircraft in the special aircraft jurisdiction of the United States, attempt to commit murder of one and more than one of the 183 other passengers and 14 crew members on board American Airlines Flight 63.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 1113.

COUNT FIVE:      (49 U.S.C. §46504 -- Interference with Flight Crew
                 and Attendants)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on

board American Airlines Flight 63 en-route from Paris, France to

Miami, Florida, but landing at East Boston, Massachusetts, in the

District of Massachusetts,

RICHARD COLVIN REID,
a/k/a ABDUL-RAHEEM,
a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did, on an aircraft in the special aircraft

jurisdiction of the United States, by assaulting and intimidating

Hermis Moutardier, a flight attendant of the aircraft, interfere

with the performance of the duties of said flight attendant, and

did lessen the ability of said flight attendant to perform those

duties; and did use a dangerous weapon in assaulting and

intimidating said flight attendant.

All in violation of Title 49, United States Code, Section

46504.

COUNT SIX:      (49 U.S.C. §46504 -- Interference with Flight Crew
                and Attendants)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on

board American Airlines Flight 63 en-route from Paris, France to

Miami, Florida, but landing at East Boston, Massachusetts, in the

District of Massachusetts,

RICHARD COLVIN REID,
a/k/a ABDUL-RAHEEM,
a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did, on an aircraft in the special aircraft

jurisdiction of the United States, by assaulting and intimidating

Cristina Jones, a flight attendant of the aircraft, interfere

with the performance of the duties of said flight attendant, and

did lessen the ability of said flight attendant to perform those

duties; and did use a dangerous weapon in assaulting and

intimidating said flight attendant.

All in violation of Title 49, United States Code, Section

46504.

7

COUNT SEVEN:      (18 U.S.C. §§32(a)(1) and (7) -- Attempted
                   Destruction of Aircraft)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on
board American Airlines Flight 63 en-route from Paris, France to
Miami, Florida, but landing at East Boston, Massachusetts, in the
District of Massachusetts,

                   RICHARD COLVIN REID,
                    a/k/a ABDUL-RAHEEM,
              a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did willfully attempt to set fire to, damage,
destroy, disable, and wreck American Airlines Flight 63, an
aircraft in the special aircraft jurisdiction of the United
States and a civil aircraft used, operated, and employed in
interstate, overseas and foreign air commerce.

All in violation of Title 18, United States Code, Sections
32(a)(1) and (7).

COUNT EIGHT:    (18 U.S.C. §924(c) -- Using a Destructive Device
                During and in Relation to a Crime of Violence)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on
board American Airlines Flight 63 en-route from Paris, France to
Miami, Florida, but landing at East Boston, Massachusetts, in the
District of Massachusetts,

                       RICHARD COLVIN REID,
                        a/k/a ABDUL-RAHEEM,
                 a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, during and in relation to a crime of violence
for which he could be prosecuted in a court of the United States,
to wit: (1) attempted use of a weapon of mass destruction against
a national of the United States while such national is outside of
the United States, as charged in Count One of this Indictment;
(2) attempted homicide of a national of the United States outside
the United States, as charged in Count Two of this Indictment;
(3) attempted murder on an aircraft in the special aircraft
jurisdiction of the United States, as charged in Count Four of
this Indictment; (4) interference with flight crew and
attendants, as charged in Counts Five and Six of the Indictment;
(5) attempted destruction of an aircraft in the special aircraft
jurisdiction of the United States, the aircraft also being a
civil aircraft used, operated, and employed in interstate,
overseas, and foreign air commerce, as charged in Count Seven of
this Indictment; and (6) attempted wrecking of a mass

9

transportation vehicle, as charged in Count Nine of the Indictment; did use and carry a firearm, to wit, two destructive devices each consisting of an explosive bomb, and did, in furtherance of such charged crimes, possess those same destructive devices.

All in violation of Title 18, United States Code, Section 924(c).

<u>COUNT NINE</u>:      (18 U.S.C. §§1993(a)(1) and (8) -- Attempted
                      Wrecking of a Mass Transportation Vehicle)

The Grand Jury further charges that:

On or about December 22, 2001, at Paris, France, and on
board American Airlines Flight 63 en-route from Paris, France to
Miami, Florida, but landing at East Boston, Massachusetts, in the
District of Massachusetts,

                      RICHARD COLVIN REID,
                      a/k/a ABDUL-RAHEEM,
               a/k/a ABDUL RAHEEM, ABU IBRAHIM,

defendant herein, did willfully attempt to wreck, set fire to,
and disable a mass transportation vehicle, American Airlines
Flight 63, a Boeing 767-300 International airliner operated by
American Airlines, a mass transportation provider engaged in and
affecting interstate and foreign commerce, at a time when
American Airlines Flight 63 was carrying passengers.

All in violation of Title 18, United States Code, Section
1993(a)(1) and (8).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_James B. Farmer_____
JAMES B. FARMER
CHIEF, CRIMINAL DIVISION

DISTRICT OF MASSACHUSETTS; January 16, 2002. @ 12:20 PM

Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK

45 (1/96)  (Revised U.S.D.C. MA 8/27/96)

__riminal Case Cover Sheet__                    __U.S. District Court - District of Massachusetts__

_ace of Offense_              Category No. __II__              __Investigating Agency FBI__

_ity Boston_                  __Related Case Information:__

_ounty   Suffolk__            Superseding Information _____   Docket No. _____
                              Original Defendant _____   New Defendant _____
                              Magistrate Judge Case Number __01-M-1124-JGD__
                              Search Warrant Case Number _____
                              R 20/ R 40 from District of _____

_efendant Information:_

_efendant Name_      __Richard Colvin Reid__              Juvenile: _____  Yes   __X__  No

_lias Name_          __Abdul-Raheem__

_ddress_             _____
                     _____

_irthdate   08/12/73__   SS # _____  Sex __M__   Race ____   Nationality_____

_efense Counsel if known:_   __Tamar R. Birckhead and Owen S. Walker__

_ddress:_    __Federal Defender Office, Boston, MA 02210__

_.S. Attorney Information:_  AUSA__Timothy Q. Feeley__          Phone No. __617-748-3172__

_ddress:_   __U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210__   Bar No. __160950__

      Interpreter:    X  No       Yes     List Language and/or dialect:_____

_atter to be SEALED:_          No      ~~X Yes~~

      __Warrant Requested__        __Regular Process__        X   __In Custody__

_rrest Date   12/22/01__

   X   __In Federal Custody as of   12/22/01__          in   __U.S. Marshal__

      __In State Custody at _____   __Serving Sentence__ ☐  __Awaiting Trial__

      __On Pretrial Release__

_ffenses Charged:_    ☐  __Complaint__        __Information__        X  __Indictment__

_otal # of Counts:_   ☐  __Petty_____        __Misdemeanor_____      X  __Felony   9__

                  __Continue on Page 2 for Entry of U.S.C. Citations__

_ate:   01/16/02__          Signature of AUSA: _[signature]_

. 45 (1/96) (Revised U.S.D.C. MA 8/27/96) Page 2 of 2

istrict Court Case Number (To be filled in by deputy clerk): _____

ame of Defendant_____Richard Colvin Reid_____

### U.S.C. CITATIONS

| U.S.C. Citations | Description of Offense Charged | Count Numbers |
|---|---|---|
| :t 1  18 U.S.C. § 2332a(a)(1) | Attempted Use of Weapon of Mass Destruction | 1 |
| :t 2  18 U.S.C.§2332 | Attempted Homicide | 2 |
| :t 3  49 U.S.C.§46505(b)(3) and (c) | Placing Explosive Device on Aircraft | 3 |
| :t 4  49 U.S.C.§46506(1) | Attempted Murder | 4 |
| :t 5  49 U.S.C.§46504 | Interference With Flight Crew and Attendants | 5, 6 |
| :t 6  18 U.S.C.§32(a)(1) and (7) | Attempted Destruction of Aircraft | 7 |
| :t 7  18 U.S.C.§924(c) | Using Destruction Device | 8 |
| t & 8 | During and In Relation to a Crime of Violence | |
| :t 9  18 U.S.C.§1993(a)(1) and (8) | Attempted Wrecking of a Mass Transportation Vehicle | 9 |
| :t 10 | | |
| :t 11 | | |
| :t 12 | | |
| :t 13 | | |
| :t 14 | | |
| :t 15 | | |
| :t 16 | | |
| :t 17 | | |
| :t 18 | | |
| :t 19 | | |
| :t 20 | | |
| :t 21 | | |
| :t 22 | | |
| :t 23 | | |

**DDITIONAL INFORMATION:**

_____

_____

_____(crjs45rv.cov - 9/3/96)