Richard Reid 24079-038
USP Admax PO BOX 8500
Florence, Co 81226

To The Clerk of The Court

I wish to enquire about the process/possibility of filing a form 2255 or any similar process for revisiting my sentencing on Criminal Act No: 02-10013-WGY US v Reid and to request that you send me the relevant forms for proceeding in this matter as I believe that my lawyer at the time failed to defend me properly as he allowed me to file a guilty plea without trying to getting me a deal for a reduced sentence in return, nor even informing me of the possibility of doing so. While being a foreign national I had no way of knowing that without his informing me. Thus I wish to revisit this issue if possible and request that you send me all the forms and info necessary to do so.

Respectfully,
Richard Reid
24079-038

FILED IN CLERKS OFFICE  2021 MAR 22 AM 11:31  U.S. DISTRICT COURT DISTRICT OF MASS.